AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN JAMES,

    Plaintiff,

        v.

MAGGIE MILLER-STOUT AND
JERRY SHUMAKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-073-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's motion (Ct. Rec. 9) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff's motion (Ct. Rec. 10) is DENIED.

| | |
|---|---|
| August 12, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |